# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS ATWATER,<br><br>    Respondent. | Case No. 1:24-cv-00760-SAB-HC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE<br><br>(ECF No. 8)<br><br>ORDER DIRECTING RESPONDENT TO COMPLY WITH LOCAL RULE 141(e)(2)(i) WITHIN TWO DAYS FROM THE DATE OF SERVICE OF ORDER |

    IT IS HEREBY ORDERED, pursuant to Local Rule 141(b) and based upon the representation contained in the Respondent's Request to Seal, that the Respondent's Appendix, pp 95-156, in Support of Respondent's Motion to Dismiss and Response to Petition under 28 U.S.C. § 2241 pertaining to petitioner Eric Lebron Springs, and Respondent's Request to Seal shall be SEALED until further order of this Court.

    IT IS FURTHER ORDERED that electronic access to the sealed documents shall be limited to the Respondent.

    The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Respondent's request, sealing the Respondent's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling

interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Respondent is DIRECTED to comply with Local Rule 141(e)(2)(i)[1] within two days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 12, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] "If the requesting party is authorized to file electronically, then counsel for the requesting party shall either e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by the sealing order, in .pdf format as an attachment, or submit to the Clerk by hand-delivery, U.S. mail, or same-day or overnight courier, a CD containing a copy of the documents in .pdf format." L.R. 141 (e)(2)(i).