# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS ATWATER,<br><br>　　　　Respondent. | Case No. 1:24-cv-00760-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 20, 2024, the Court received the instant motion for a thirty-day extension of time to file an opposition to the motion to dismiss due to Petitioner's limited knowledge of the law and limited access to the law library. (ECF No. 16.)

　　　　Accordingly, IT IS HEREBY ORDERED that Petitioner is GRANTED to and including December 27, 2024, to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:　**November 21, 2024**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge